USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/2017

431370.4

Milton Springut
Tal S. Benschar
Springut Law PC
45 Rockefeller Plaza, 20th Floor
New York, New York 100111
(212) 813-1600
Attorneys for Plaintiff
NFP LLC

Jeffrey A. Schwab
Michael Aschen
Anthony J. DiFilippi
Abelman, Frayne & Schwab
666 Third Avenue, 10th Floor
New York, New York 10017
(212) 949-9022
Attorneys for Defendant
Positive Promotions, Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NATIONAL FAMILY PARTNERSHIP, <br><br> Plaintiff, <br><br> v. <br><br> POSITIVE PROMOTIONS, INC., <br><br> Defendant. | CIVIL ACTION <br><br> 16 Civ. 2579 (PAE) |

## STIPULATION AND ORDER OF DISMISSAL

The above-named parties having entered into an Agreement (a copy of which is attached hereto and made part of the Court record) resolving this action, and in accordance with Rule 41 of the Federal Rules of Civil Procedure, it is hereby STIPULATED by the parties through their undersigned counsel and ORDERED by

the Court as follows:

1. All claims and counterclaims are hereby DISMISSED with prejudice. Each party shall bear its own fees and costs.

2. The Court retains exclusive jurisdiction over the interpretation of the Agreement attached hereto, enforcement of the terms of the Agreement, and resolution of any dispute among the parties that arises out of or relates to the Agreement.

IT IS SO STIPULATED:

SPRINGUT LAW PC

*/s/ Milton Springut/*

Milton Springut, Esq.
45 Rockefeller Plaza, 20th Floor
New York, NY 10111
ms@springutlaw.com
Counsel for Plaintiff

ABELMAN, FRAYNE & SCHWAB

*/s/ Jeffrey A. Schwab/*

Jeffrey A. Schwab, Esq.
666 Third Avenue, 10th Floor
New York, NY 10017
jaschwab@lawabel.com
Counsel for Defendant

IT IS SO ORDERED:

Dated: January 24, 2017

*/s/ Paul A. Engelmayer/*
Hon. Paul A. Engelmayer, U.S.D.J.

JS